HELENE B. KECK, Appellant, v. THOMAS A. KECK, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RALEIGH W. DODSON, Appellant, v. JOSEPH C. HANDSHOE, Interpleaded and Substituted as Defendant, etc., Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JANAVINCE KERENS PIERCE, Respondent, Appellant, v. WALTER BRYANT PIERCE, Appellant, Respondent.— Order modified by increasing the amount of alimony to be paid to the plaintiff for her support and the education and support of the children of their marriage to the sum of $250 a week, and counsel fee to the sum of $1,000, and as so modified affirmed, with $10 costs and disbursements to the plaintiff. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of FRANK J. TYLER, Acting as Trustee under the Last Will and Testament of BENJAMIN HAWKER, Deceased.— Order affirmed, with ten dollars costs and disbursements to respondents Hawker and others. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDITH LAMPORT and DANIEL COHEN, as Surviving Trustees, etc., Respondents, v. SAMUEL C. LAMPORT, Appellant. SAMUEL HELLINGER and Others, as Executors, etc., of NATHAN LAMPORT, Deceased, Appellants; JOSEPH H. LAMPORT, Respondent.— Order modified by providing that the motion is denied upon condition that during the pendency of the action brought by the executors the plaintiffs herein be enjoined from making investments in securities other than those legal for trust funds and from paying over any portion of the corpus of the trust. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WALLACE S. JACOBS, Appellant, v. SALLY S. JACOBS, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY SHAW WHITTAKER, Appellant, v. PERCIVAL J. H. WHITTAKER, Respondent, Impleaded with Others.-— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY SHAW WHITTAKER, Appellant, v. PERCIVAL J. H. WHITTAKER, Defendant, Impleaded with ELLA CHIRNEY CHRISTIE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY KLUGER, Appellant, v. HARRY FARBER and LOUIS FARBER, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.